UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUZANA GUISE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | Case No. 2:13-cv-01323-MMD-CWH<br><br>ORDER |

Plaintiff Suzana Guise filed this action on June 10, 2013, in the District Court in Clark County, Nevada, after Defendant, her auto insurance policy provider, allegedly failed to compensate her for damages resulting from a collision with a third party driver. Defendant timely removed the action pursuant to 28 U.S.C. § 1332. (*See* dkt. no. 1.)

On August 15, 2013, the Court ordered Defendant to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 10.) Defendant responded on August 27, 2013. (Dkt. no. 11.) In its response, Defendant meets its burden to demonstrate that the amount-in-controversy exceeds $75,000 and that their Petition for Removal was timely filed. Accordingly, the Court is now assured of its jurisdiction to preside over this case.

IT IS SO ORDERED.

DATED THIS 30th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE